

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

04-24-00849-CV

**IN RE NAMAN HOWELL SMITH & LEE PLLC** and David ORTEGA

Original Proceeding[1]

PER CURIAM

Sitting:       Irene Rios, Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: January 15, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On December 13, 2024, relators filed a petition for writ of mandamus. This court has determined the relators are not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2023-CI-09973, styled *Joe A. Gamez Law Firm, P.C. and Joe A. Gamez, v. BITC National Insurance Company, BITCO General Insurance Corporation, R. Scott Westlund, Ketterman, Rowland & Westlund, Naman Howell Smith & Lee, PLLC, and David Ortega*, in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.